In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00390-CV**
_____

**APAC-TEXAS, INC., Appellant**

**V.**

**TERRY BEASLEY, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-191,186**

**ORDER**

On August 12, 2013, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2012); *see also* Tex. R. Civ. P. 168. On August 26, 2013, APAC-Texas, Inc. filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). Terry Beasley filed a response. *See* Tex. R. App. P. 28.3(f).

1

The Court grants the petition for permissive appeal of the trial court's order of August 12, 2013. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due September 30, 2013. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED September 19, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.